S. Puglisi and C. C. Beatty, appellants, v. Alesandro Conforti and Margarita Conforti, appellees. Gen. No. 24,436.

Order dissolving a temporary injunction restraining interference

with business sold by defendants. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 24, 1918.

Henry & Robinson, for appellants. James R. Quinn and David Jetzinger, for appellees.

Mr. Presiding Justice McDonald delivered the opinion of the court.